UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1514-CAS(SHx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | *TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; ET AL. v. REAL ESCAPE, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than <u>**August 28, 2008**</u> why this action should not be dismissed for lack of prosecution **as to defendants REAL ESCAPE, INC.; JOSE LUIS CARRILLO; and ENRIQUE CARRILLO,**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Plaintiff's filing of an application for the clerk to enter default <u>judgment</u> on **defendants REAL ESCAPE, INC.; JOSE LUIS CARRILLO; and ENRIQUE CARRILLO**, or plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendants REAL ESCAPE, INC.; JOSE LUIS CARRILLO; and ENRIQUE CARRILLO**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1514-CAS(SHx) | Date | August 13, 2008 |
|---|---|---|---|
| Title | *TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; ET AL. v. REAL ESCAPE, INC.; ET AL.* | | |